# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**TRAVIS A. TAYLOR** *and*                                           **PLAINTIFFS**
**BERTHA TAYLOR**

**v.**                                      **CIVIL ACTION NO. 2:20-cv-200-TBM-MTP**

**TRAVIS AND TRAVIS, PLLC** *and*
**JAMES KERNEY TRAVIS, JR.**                                     **DEFENDANTS**

## **ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

This matter came before the Court on Defendants' Motion to Dismiss [8] on July 14, 2021. At the hearing conducted in this matter on July 14, 2021, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the Defendants' Motion to Dismiss for failure to state a claim should be denied at this time.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on July 14, 2021, the Defendants' Motion to Dismiss [8] is DENIED without prejudice.

THIS, the 14th day of July, 2021.

                                                                        _____
                                                                        TAYLOR B. McNEEL
                                                                        UNITED STATES DISTRICT JUDGE